UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-01887

WOMEN IN STRUGGLE, et al.

         *Plaintiffs,*

vs.

ANDREW BAIN, et al.

         *Defendants.*

**Challenge to the
Constitutionality of Florida
Statute § 553.865 (2023)**

---

**DECLARATION OF A. CHINYERE EZIE IN SUPPORT OF PLAINTIFFS'
EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

1.      My name is A. Chinyere Ezie and I am a Senior Staff Attorney at the Center for Constitutional Rights ("CCR") and one of Plaintiffs' attorneys in this case.

2.      On September 28, 2023, Plaintiffs' counsel contacted Defendants Andrew Bain, Eric Smith, Kevin Edmonds, David Dunn, Spencer Tong, Kory Keith, John W. Mina, Jared Perdue, John Tyler, Thomas Draper, and Alex Martins (collectively "Defendants") electronically to notify them that Plaintiffs were commencing this lawsuit against them and filing an Emergency Motion for a Temporary Restraining Order ("TRO"). A copy of this notification is attached hereto as Exhibit 14.

3.      Over the course of our preparations in this case, Plaintiffs' counsel also reviewed video and audio recordings of hearings concerning HB 1521, codified as Fla. Stat. § 553.865, and SB 1764 that were held before the Florida House of Representatives and the Florida Senate, as well as before committees of each of these chambers. Recordings of these hearings are publically available at http://www.flsenate.gov and http://www.floridahouse.gov.

4.      Portions of these hearings are attached hereto in transcription form. Prior to submission, Plaintiffs' counsel carefully reviewed each transcription line by line to ensure its accuracy.

5.      Plaintiffs' counsel also reviewed legislative materials for HB 1521 including meeting packets that were generated in connection with the April 10, 2023 House of Representatives Commerce Committee hearing. These materials are publically available at http://www.floridahouse.gov.

6.      The meeting packet for the April 10, 2023 House Commerce Committee Hearing was originally more than 800 pages long because it contained reports and analyses of every piece of legislation that was put up for discussion or a vote—22 in all.

7.      As a result, Plaintiffs' counsel created an excerpted exhibit, attached as Exhibit 9 to this Declaration, that includes the coversheet and meeting agenda for the April 10, 2023 House Commerce Committee and all reports and analyses concerning HB 1521, but excludes reports and analyses of the 21 other bills.

8.    Attached to this declaration are true and correct copies of the

following:

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Plaintiff Women in Struggle (hereinafter "WIS")_ |
| 2 | Declaration of Plaintiff Melinda Butterfield (hereinafter "Butterfield") |
| 3 | Declaration of Plaintiff Christynne Wood (hereinafter "Wood") |
| 4 | Declaration of Plaintiff Brianna Kelly (hereinafter "Kelly") |
| 5 | Declaration of Plaintiff Tsukuru Fors (hereinafter "Fors") |
| 6 | Declaration of Plaintiff Lindsey Spero (hereinafter "Spero") |
| 7 | Declaration of Plaintiff Anaïs Kochan (hereinafter "Kochan") |
| 8 | HB 1521 Meeting Packet Materials for the Florida House of Representatives Commerce Committee Hearing of April 10, 2023 (hereinafter "4/10/23 H. Hr'g Docs.") |
| 9 | Excerpts from the Florida House of Representatives Commerce Committee Hearing of April 10, 2023 (hereinafter "4/10/23 H. Hr'g") |
| 10 | Excerpts from the Florida House of Representatives House Session of April 19, 2023 (hereinafter "4/19/23 H. Sess.") |
| 11 | April 19, 2023 Tweet of Florida Representative Dean Black, Dean Black (@DeanBlackFL), Twitter (Apr. 19, 2023, 9:52 PM) ("4/19/23 Black Tweet") |
| 12 | Excerpts from the Florida Senate Session of May 3, 2023 (hereinafter "5/3/23 S. Sess.") |
| 13 | Excerpts from the Florida House of Representatives Session of May 3, 2023  (hereinafter "5/3/23 H. Sess.") |
| 14 | Plaintiffs' Notice to Defendants dated September 28, 2023 Subject Matter: URGENT- Notice of Lawsuit and Emergency Request for Temporary Restraining Order (hereinafter "9/28/23 Notice to Defendants") |

Pursuant to 28 U.S.C. § 1746, I hereby declare and state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 29, 2023                    Respectfully submitted,


A. Chinyere Ezie, Esq.*
CENTER FOR
CONSTITUTIONAL RIGHTS
666 Broadway Floor 7
New York, NY 10012
Tel/Fax: 212-614-6467
Email: cezie@ccrjustice.org


*Application for special
admission forthcoming