UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-01887

WOMEN IN STRUGGLE, et al.

      *Plaintiffs,*

vs.

ANDREW BAIN, et al.

      *Defendants.*

**Challenge to the Constitutionality of Florida Statute § 553.865 (2023)**

### DECLARATION OF WOMEN IN STRUGGLE IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

I, Melinda Butterfield, under penalty of perjury, declare as follows:

1.  My name is Melinda Butterfield. I am over 18 years of age, and I make this Declaration on behalf of Women in Struggle based upon my personal knowledge and in support of Plaintiffs' Motion for Temporary Restraining Order.

**Background on Women in Struggle**

2.  I am a lead organizer and member of Women in Struggle, also known as Mujeres En Lucha, a national unincorporated grassroots member organization, formed in 2019.

3.  Women in Struggle is an organization of working class women from all different kinds of communities and backgrounds whose mission is to say that all struggles are women's struggles; that women have a place in each movement

1

for social justice; and that within the women's movement, we need to bring attention to those communities that have generally been disenfranchised—women of color, trans women, poor communities, immigrant women—whose needs have not been paid attention to in the mainstream women's movement. These are the women we seek to uplift. More recently, we've increased our efforts to also bring a pro-trans view into the women's movement.

4. Women in Struggle grew out of the International Tribunal on US Colonial Crimes in Puerto Rico in October 2018 in East Harlem, New York, which was a women-led and women-organized event with women from all over Latin America and North America. Some of our founding members were leading organizers at that event. Coming out of that event, people felt like we should continue women-focused work, so Women in Struggle was then born and has been growing across the country ever since.

5. The organization is composed of active members, supporters, and a committee of lead organizers who help to plan and carry out work across the organization. Our decision-making process is based on a consensus model. While lead organizers meet monthly, any active member can participate in these meetings and have a say in the organization's decisions, including our priorities, fundraising and litigation.

6. We are active across the country, and currently have chapters in 8 cities across the United States—New York, Denver, Atlanta, Los Angeles, San Diego, Baltimore-Washington, D.C., New Orleans, and Detroit—as well as a group

of members based in Puerto Rico. We hope that after October 7, we will have a chapter in Orlando, as well. Women in Struggle also has at-large members who live in cities without chapters.

7. Women in Struggle currently has approximately 60 women members all across the country and Puerto Rico from diverse backgrounds—including cis-gender women, and trans and gender nonconforming and intersex ("TGNCI") women. Our members are an active part of Women in Struggle in their respective cities and nationally, and frequently participate in events. We also have meetings typically once a month to discuss our activism and to plan for upcoming actions.

8. Protests and advocacy are very important to our mission. Whenever we have actions, our members wear Women in Struggle t-shirts and use signs and banners that hold themselves out as members of the organization.

9. Women in Struggle had a lot of focus up until this year on abortion rights, and throughout that process, making sure TGNCI were included in that discussion. Before 2023, we didn't have a special focus on LGBTQ struggles apart from participating in Pride events, but have expanded our mission in response to the increasing hostility and mounting legislative attacks towards TGNI people.

**Background on the October 7, 2023 March and Women in Struggle's Role**

10. Earlier this year, with the increase of legislative threats against trans lives and people, Women in Struggle made the strategic decision to make issues affecting TGNCI people an advocacy priority within our organization. And so, Women in Struggle initiated the idea of holding a National March to Protect Trans

3

Youth and Speakout for Trans Lives on October 7, 2023 in Orlando, Florida ("the March").

11. Although the October 7 March now has a large coalition of sponsors and supporters from across the country, Women in Struggle initiated the call for the March and remains one of its lead organizers. Women in Struggle's members are involved in, and play a pivotal role on, every single committee working on the March.

12. We chose Orlando, Florida, as the location for the March because Florida has adopted a series of measures in the past year that are intended to drive lesbian, gay, bisexual, transgender, and queer ("LGBTQ+") people back into the closet and out of public life. One of these laws is Fla. Stat. § 553.865, which some of us refer to as the "Bathroom Ban." Other harmful laws restrict gender affirming healthcare for TGNC youth and adults, prevent discussion about LGBTQ+ topics in school, and ban certain drag performances and Pride events. Holding the March in Orlando signified the contradiction of these hateful laws, which interfere with tourism that the state depends on.

13. While many have fled the State of Florida due to these legislative attacks, we know that many more are not in a position to flee and have no choice but to stay and be subjected to these terrible laws. So another one of our goals in holding the March in Orlando was to bring hope to TGNCI people who are currently suffering in Florida under these laws, elevate the voices of the people who

cannot leave the State, and show them that we haven't forgotten about them and that the trans rights and social justice movement at large stands with them.

14. The March is also intended to present a forceful grassroots challenge to anti-trans laws that have been passed by the Florida legislature and signed by the Governor, as well as to administrative measures the Governor has taken around trans issues. Additionally, the March seeks to bring attention to the crises affecting many other vulnerable populations in Florida including immigrants and Black people, as well as attacks on free speech and free thought, down to the books and educational materials allowed on campuses, in schools, or in libraries.

**October 7 March Logistics**

15. The March will take place on a ¾ mile stretch of the Downtown Orlando Arts District, starting and ending in front of the Orlando City Hall.

16. The March route will travel along the perimeter of the Arts Plaza that borders the Dr. Phillips Center for the Performing Arts ("the Phillips Center"), along Magnolia Avenue, South Street, and Orange Street, looping several times.

17. Then, immediately after the March, Women in Struggle and the March's organizing coalition will host a Speakout for about 2 hours at the Arts Park, bordered by the Orlando City Hall and the Phillips Center, to hear from TGNCI activists from around the country, as well as other organizations that are supporting TGNCI people.

18. We expect there will be between 500 and 1,000 participants in the March and Speakout, but this figure could be larger because of all the publicity

both in Florida and nationally. Between the March and the Speakout, March participants will be participating in approximately five hours of protest and advocacy activities, near the Orlando City Hall and Phillips Center on October 7, 2023.

19. Women in Struggle is currently expecting about 40 to 50 of our members to participate in the March and Speakout, traveling in from all over the country. Some members of our delegation, including myself, are scheduled to arrive in Orlando on October 2, to give us additional opportunities to engage in peaceful protest and advocacy related to the subject-matter of the March, including at the University of Central Florida.

20. The rest of our members will be arriving closer to Thursday October 5. Following our arrivals, Women in Struggle's members are planning to remain in the Orlando area until Sunday October 8, the day after the March.

**Effect of Fla. Stat. ¶ 553.865's Enforcement on Women in Struggle's Members**

21. Fla. Stat. § 553.865–or the Bathroom Ban—is having a profound, negative impact on Women in Struggle and our members who are traveling to Florida for the March. The Bathroom Ban prohibits all TGNCI people, including our members, from using restrooms in public buildings that correspond to their gender—and oftentimes, their legally recognized sex—with virtually no exceptions.

22. Women in Struggle's members are impacted by the Bathroom Ban because they will have to use public restrooms during their travels that are operated by Defendants, and where the Ban is in effect.

6

23. Members driving to Orlando for the March from the South and South East will have to use public restrooms at rest stops operated by the Florida Department of Transportation. Members traveling to the March from the Northeast, the West Coast, and Midwest will have to access airport restrooms subject to the ban while flying into the Orlando International Airport ("MCO").

24. In addition, our members attending our March and long day of protest activities will be subject to the Ban when they try to use nearby public restrooms at Orlando City Hall and the Phillip's Center.

25. It would be one thing if the Bathroom Ban was just words and paper, but it is not: Florida is serious about enforcing its provisions. Governor DeSantis's administration has come after government officials who have objected to enforcing the Ban and other newly-enacted laws targeting TGNCI people. Governor DeSantis even replaced the District Attorney of Orange County where Orlando sits with a new, handpicked appointee–Andrew Bain, one of the Defendants in this case–after they expressed concerns about prosecuting TGNCI people under the new laws.

26. That means that even if some of Defendants in this case are sympathetic to TGNCI people, they are powerless to do anything but enforce the Bathroom Ban against our TGNCI members, including by having us arrested and prosecuted when we violate the law.

27. The Ban's enforcement in the public restrooms operated by Defendants is diminishing the ability of our TGNCI members to travel, exist, and be out in public. As a transgender woman and leader and member of Women in

Struggle who is traveling to Florida to attend the March, I can attest to the ways that TGNCI members of Women in Struggle are being negatively impacted by the law.

28. The Bathroom Ban is making all of our members think very hard about when, where, how, and whether it's safe to use the restroom, if at all, and to develop safety plans with our assistance. The Bathroom Ban has also made some of our TGNCI members question their ability to travel to Florida, and made others fearful about participating in the March they've spent months planning and preparing for, even though it is their Constitutional right.

29. Because of the ban, some of our TGNCI members will be coerced into using opposite sex restrooms, where their identities are erased by the State and which are incredibly unsafe. Some of our members will use gender affirming restrooms, even though they will likely face arrest, because of how psychologically damaging and anxiety-inducing the alternative is. And some of our members will forgo use of a public restroom altogether and hold their pee, even though it is bad for their health and will cause urinary tract infections.

30. The Bathroom Ban also harms our TGNCI members by suppressing their ability to communicate viewpoints on sex and gender that they hold dear— including the viewpoint that a person's gender identity determines their sex. Instead, it forces us to communicate the viewpoint of the State that trans women are simply men in disguise, that trans men are simply women, and that sex is solely

determined by the genitals a person is born with, even though scientific and medical research and practice over the past century say otherwise.

31. Defendants' enforcement of the Bathroom Ban will also make all of our members more vulnerable to harassment, violence, and arrest during their travels in the State. Since the law does not contain enforcement standards, Defendants can arrest any of our members for using the restroom based on gender-stereotypes alone. This practice means that even our cisgender members will be at risk for arrest under the Ban if they do not appear "feminine" or "masculine" enough according to narrow expectations of how they should appear based on their gender.

32. Most TGNCI members of Women in Struggle won't be willing or able to prove that they are in the "right" restroom facility, and also won't be willing to leave if told. Having to do either would be scary and humiliating, particularly in a restroom where people are doing their private business and generally not interfering with anyone else. There is no reason for anyone to be questioning or gatekeeping who goes in and out of a public restroom to do this very human activity.

33. And even if our TGNCI members comply with the law and use gender-designated bathrooms based on the sex assigned to them at birth, it will expose them to harassment, assault and even arrest because law enforcement, or even private individuals, will likely assume that our members are sexual predators purposefully using the "wrong" bathroom.

34. And if someone is to challenge a member's use of the restroom even when we're fully complying with the law, how would we prove our "innocence"? Even showing driver's licenses or birth certificates would not exonerate our members from prosecution because in many instances the gender markers on identity documents have been updated to reflect their self-identified gender.

35. The uncertainties concerning Defendants' method of enforcing the Bathroom Ban make the law even more dangerous, because they invite vigilante violence against our TGNCI members by individuals who feel they're justified by law, no matter where we pee.

36. Exclusively using unisex bathrooms in public buildings over the course of our Florida travels is not a practical alternative for our TGNCI members because many consider it to be unacceptably demeaning, and because unisex restrooms are limited in quantity and tend to be reserved for families and handicapped persons. This creates two separate problems: First, if all of our members were forced to use unisex restrooms, demand would greatly exceed supply, and our members would be subjected to long wait times they wouldn't experience if they could simply use gender-affirming multi-stall restrooms. Second, in this current political climate, where TGNCI people are being called predators and groomers, being seen frequenting family bathrooms will just paint another dangerous target on our backs.

**Effect of Fla. Stat. ¶ 553.865's Enforcement on Women in Struggle's Activities**

37. Because all of Women in Struggle's members will be using public restrooms during their Florida travels where the Ban is in effect and subject to Defendants' enforcement authority, Women in Struggle's activities as an organization and our decisions concerning the allocation of resources have been tremendously impacted.

38. Since July 1, 2023, when the Bathroom Ban went into effect, we have had to shift our attention away from our longstanding reproductive justice rights and international solidarity work to devote our time and resources to educating our members and other March participants about the ban, and strategizing ways to keep them safe from arrest at the March.

39. Women in Struggle organizers and members have devoted entire meetings to talking about the concerns that our members have related to their safety in participating in the March because of the Bathroom Ban in particular.

40. Because none of our TGNCI members—nor TGNCI Floridians—will be safe in restrooms so long as the Bathroom Ban continues to be enforced, we've also had to reprioritize our advocacy to focus heavily on the ban.

41. Women in Struggle and the Coalition as a whole have had to divert significant resources, time, and human power to safety planning for our members and other attendees.

42. The October 7 March has also become a key advocacy tool that Women in Struggle is using to challenge the Bathroom Ban because of its unjust impacts,

11

including on our members. We have shifted a significant amount of organizational resources to ensuring the March's success–more than we even originally intended–and have even declined opportunities to engage in women-focused advocacy elsewhere across the country, and even internationally in connection with United Nations delegations.

43. Women in Struggle has also been forced to take the bulk of donations and financial resources that our organization receives and devote them to the March including safety planning for our TGNCI members subject to arrest under the ban.

44. We have also had to seek out additional financial resources to pay for our members to travel to Florida and spend time on the ground making sure the March is a success, so that it stands as an effective challenge to the Bathroom Ban.

45. We have also put out a lot of our organization's money for posters and leaflets to inform the public about what's happening in Florida. In addition, we've held events in different cities to raise awareness around the Bathroom Ban and the anti-TGNCI climate in Florida in the lead up of the March that have taken away from other programming.

**Women in Struggle's Participation in the Lawsuit**

46. Women in Struggle joined this lawsuit with the full support of our leadership and members because we have TGNCI members who are participating in the Orlando March who will have to confront the situation presented by the Bathroom Ban. So the ban directly affects our members and also impacts our

beliefs and our political and social mission to strike down discrimination against marginalized communities. We feel very strongly that this is a case we need to be a part of—both for defense of those coming out on October 7 but also those who have to remain in Florida after.

47. Our hope in obtaining a temporary restraining order is to prevent our TGNCI members from facing violence or arrest for using the restroom that conforms with their own gender identity. Our members are able to use a bathroom that conforms to how they express their gender, they will feel safer and more respected.

48. If we receive a TRO preventing Defendants from enforcing the Ban in their facilities, it will also ensure that Women in Struggle has maximum participation in the March among its members and Coalition partners, as some remain too fearful to travel to Florida to attend our protest.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in ⎯Brooklyn, NY⎯ this ⎯28th⎯ day of September 2023

*M Butterfield*

**Melinda Butterfield, on behalf of Women in Struggle**

13