UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-01887

WOMEN IN STRUGGLE, et al.

    *Plaintiffs*,

vs.

ANDREW BAIN, et al.

    *Defendants*.

Challenge to the Constitutionality of Florida Statute § 553.865 (2023)

# DECLARATION OF MELINDA BUTTERFIELD IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

I, Melinda Butterfield, under penalty of perjury, declare as follows:

1. My name is Melinda Butterfield. I am 52 years old, and I submit this Declaration in support of Plaintiffs' Motion for Temporary Restraining Order based upon my personal knowledge.

2. I am an organizer with Women in Struggle, one of the many groups participating in the October 7, 2023 National March to Protect Trans Youth (the "March"). I am also a transgender woman and a resident of Brooklyn, New York.

3. I will be traveling to Orlando from October 2 through October 8, 2023, from my home in Brooklyn, New York, to participate in the March.

## My involvement with the October 7, 2023, March and my activism with trans rights

4. I have been a social justice activist since high school, long before I came out as a transgender woman. When I did come out amidst this current wave of attacks by state governments across the country against transgender people, I felt that it was my responsibility, as someone with a lot of organizing experience, to do work for the transgender community.

5. I have been involved in almost every aspect of the October 7 March: I have handed out flyers, had long conversations with people who are worried about traveling to Florida, and have made the case for why these bathroom bans, like the one in Florida that this lawsuit challenges, are harmful to not only transgender and non-conforming people but everyone. I have done a lot of work talking to the media, to unions, and to the broader community as to why this March is so important. At the March, I will wear many "hats," including speaking, coordinating other speakers and security personnel, and other logistical tasks, and I will also be participating in the March.

6. This March is important because it will help raise awareness in Florida and beyond as to how bathroom bans, anti-drag laws, restrictions on gender-affirming care, and sports bans harm transgender people, especially children. We want to show transgender youth that we care about them and they are not forgotten. Every participant is worried about the demonstration being attacked, and it is scary

(Cont.)

to go as a trans person. Ultimately, I want our message to get out clearly and widely, with participants leaving unscathed.

7. We expect there to be between 500 and 1,000 participants in the March, but this figure could be larger because of all the publicity both in Florida and nationally.

8. We will hold a press conference about the March on October 6. On October 7, the day of the March, I expect to be at City Hall all day before flying out on the evening of October 8.

9. I am worried about my safety and others' safety in Florida due to the targeting of transgender people, even before the Florida bathroom ban became law. I expect to be on edge when I am there, looking over my shoulder a lot. When I traveled through Miami in May 2023 for an unrelated event, before the bathroom bill was signed, I had a 4- to 5-hour layover at the Miami airport. It was very scary being there: I was afraid that someone was going to verbally assault me, or try to stop me from using the women's restroom.

10. In actuality, when I had to use the women's bathroom at the Miami airport, I experienced a lot of worries or concerns about my safety, and using the bathroom made a deep psychological impression on me because of the anti-trans climate in Florida.

11. Returning to Florida with the bathroom ban in place, I am concerned about using not only the women's restroom in public spaces, which would technically violate the law, but anywhere, even in restaurants and at stores. The hateful rhetoric against transgender people does not stop based on who owns the building that the restroom is located in. I do not want to have to hide myself from public life because I cannot use the women's public bathroom without violating Florida's law and cannot use the men's restroom without violating my own expression of my gender identity and causing myself psychological trauma.

**My gender identity and need for gender-affirming restrooms**

12. Using the women's restroom is hugely important to me because I am a woman. I would feel unsafe going into the men's restroom because it does not match my gender identity and my body. The idea that I could be stopped or punished for using the restroom I deem correct for me–which is the women's restroom–is very scary to me.

13. I live as a woman 24/7: I am a woman in how I talk, how I dress, and how I am.

14. Since I came out as a transgender woman, I have amended my driver's license, my passport, and my social security card to reflect my legal sex as a woman.

(Cont.)

15. I began hormone replacement therapy (HRT) in January 2022, and I started living as a woman full-time in April 2022. I came out publicly as a trans woman in June 2022.

16. I often feel unsafe on the subway and in the street. I get called slurs, people stare at my breasts, and men on the subway push me aside. Recently, my partner and I were traveling home on the subway at night, and someone in a mostly empty subway car approached us and made threatening gestures with his hands. He finally backed off when my partner made it clear that she carried protection. Many men I encounter often mistreat me like they often mistreat other cisgender women (who are women assigned female at birth and identify as women), which is to say that taking the subway and even walking in my own neighborhood can be scary.

17. I express my transgender identity every day. I changed my name and gender marker on my documents; I use the women's public and private restrooms; I dress how I want to dress, which is more female presenting; and I have changed my body to align with how I feel and I express my gender. Suppressing my identity is a violation of my right to express myself.

**Fears about Fla. Stat. ¶ 553.865**

18. Fla. Stat. § 553.865–the bathroom ban–imposes a very hostile and discriminatory view that harms transgender, gender-nonconforming, and even cisgender people whose gender presentation is atypical. The statute wrongly

5

(Cont.)

assumes that gender identity is defined by the genitals you're born with, even though scientific and medical research and practice over the past century has taught us otherwise. The purpose of this statute is to ensure people like me do not feel safe in public spaces. The statute imposes pain and suffering on us.

19. The bathroom ban erases my transgender identity and tries to make me conform to being cis-gendered, making me identify as the male gender I was assigned at birth, which I am not. I believe that sex and gender are malleable, and can change naturally. Even cisgender people go through changes over the course of their lifetime and seek gender-affirming care. It is tragic that some politicians' very narrow, unscientific, and ahistorical viewpoint is putting transgender and gender-nonconforming people in the position of facing violence from the public, or suicide, because their gender roles do not conform to these politicians' uninformed expectations.

20. The bathroom ban is an attempt to force me and other transgender and gender-nonconforming people to conform to a view that is in opposition to my lived reality. I am a woman, I live as a woman, and I have always been a woman. I use the women's restroom because I believe that I am a woman, and I do not believe that Florida has any lawful right to force me or compel me to violate my deeply-held beliefs. I have fought for so many years to speak my truth and live my truth. Florida does not have the right to try and make me be someone else.

(Cont.)

21. When Florida, through the bathroom ban, imposes its position about gender on me, I feel terrible and violated. I have followed the news coming out of Florida about these laws, such as Florida House of Representative Dean Black's tweet that the bathroom ban is about prohibiting "biological males" from using the women's restroom. I am scared and I worry about facing violence or repression – whether it is through the State humiliating me by arresting me and potentially booking me under the wrong gender, or whether it is through bigots threatening to beat up people like me who they perceive to be in the "wrong" public bathroom. I clearly do not belong in the men's restroom. I will face danger and violence there. Using the men's restroom would highlight my identity as a transgender person and would immediately put a target on my back.

22. When the State of Florida imposes its position about sex and gender identity on me and other transgender and non-binary people, it can cause suicidal ideation. My life and the lives of other transgender and of gender non-conforming people are threatened when we can't be ourselves, including through our use of a bathroom that affirms our gender identity and expression. The alternative to not being able to live our lives according to how we identify and express ourselves is an increased risk of violence and homelessness for ourselves and the transgender and gender non-conforming community.

(Cont.)

23. The bathroom ban causes me stress and anxiety: I need to think very carefully any time I need to use a restroom (like if I need to hold it in, or if I need to be with someone who will watch my back). If I am alone, I need to make a judgment call. Is it better to risk my health and not use the restroom when I need to, or risk the humiliation and danger that might come with being targeted for using the restroom?

24. If a public establishment has a men's, women's, and unisex bathroom, and I am forced to use the unisex bathroom, I feel this is also a violation of my rights because the State is forcing me to deny my identity as a woman. Any requirement to use unisex restrooms still targets transgender people, because anyone looking to target transgender people may be looking at who is going in and out of the unisex restrooms. Foregoing the use of a restroom altogether, or being compelled to use the unisex restroom, is dehumanizing and effectively makes transgender and gender non-conforming people second-class citizens. It is much like how people in the Jim Crow South felt when they were forced to use separate water fountains, washrooms, and changing rooms.

25. The bathroom ban does not, and cannot, serve to protect anyone: it will just cause even more violence to transgender and other gender non-conforming people. It is a deep and profound sense of suffering and pain when one is forced to go back into the closet.

(Cont.)

26. While I understand the intent behind the bathroom ban, I do not understand the enforcement aspect or what it is asking people to do. My expectation is that there will be transphobic people in the public restrooms who will confront any people they perceive as being transgender (whether or not that is truly the case) and either incite violence or report them to law enforcement. Both of these scenarios are scary: how do they expect to enforce this law against people who may or may not have had surgeries, or who may or may not "pass"?

27. My lack of understanding of this bathroom ban will affect the way I will use the restroom in Florida. I will have to act with a lot of caution and pay special attention to how safe it seems, or how busy. If I am by myself, I am going to have to not use the restroom, or look for someone to assist me. It is impractical.

28. I do not carry my birth certificate around with me because it is simply impractical. It has my deadname on it–my birth name that I no longer go by–and my gender assigned at birth on it, which I cannot change under the law of Wisconsin (where my birth certificate was issued) until I have certain surgeries.

29. If I am using the women's public restroom in Florida and someone questions me, all I can do is assert myself that I am a woman and I have the right to be there. But it is realistic that if someone feels like they are justified and they have the desire to, that they can attack me physically or verbally and the law will be on their side. I might have to defend myself from violence or seek help from other

9

(Cont.)

people, and maybe even seek further redress in the courts. But I should not have to do any of these things to simply be able to use the public restroom.

30. Even though I have changed my name and gender on my identification papers, driver's license, passport, and social security card, I do not expect that any of these actions would be respected under Florida law, while they are all respected in my home state of New York. In New York, there are public accommodations laws that protect, and show respect for, trans people.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at 9:52 am this 28th day of September 2023.

*M Butterfield*

Melinda Butterfield