# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

## Case No. 6:23-cv-01887

| | |
|---|---|
| WOMEN IN STRUGGLE, et al. | Challenge to the Constitutionality of Florida Statute § 553.865 (2023) |
| *Plaintiffs,* | |
| vs. | |
| ANDREW BAIN, et al. | |
| *Defendants.* | |

---

## DECLARATION OF CHRISTYNNE LILI WRENE WOOD IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

I, Christynne Lili Wrene Wood, under penalty of perjury, declare as follows:

1.      My name is Christynne Lili Wrene Wood. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration. I make this Declaration based upon my personal knowledge and in support of Plaintiffs' Motion for Temporary Restraining Order.

**My background and my identity as a transgender woman**

2.      I am a 67-year-old woman.

3.      I currently reside in the city of Lakeside in San Diego County, California.

4.      After working for many years at the San Diego Health and Human Services Agency in the welfare and employment offices, assisting people to get jobs, I retired in 2018.

5.      Now that I am retired, I dedicate my time to exercising and having fun with my friends. Water aerobics has become my passion. I am part of a group of women who go to water aerobics classes together at the Cameron Family YMCA in Santee, California. We call ourselves the "Aqua Sisters." We also have a social life together—we go out to dine together, play games, or sip fancy drinks while we lounge in the lazy river at a local casino.

6.      I identify as a transgender woman. This means my gender identity–or, my innate biological sense of self–differs from my sex assigned at birth, which is typically based on one's external reproductive anatomy. I also identify simply as a woman.

7.      I have known I was a woman since I was four years old. In 2016, I came out as transgender to my family. My eldest daughter and granddaughter laughed when I told them—not because they thought it was funny, but because they already knew, and they told me they loved me. My family embraced me, even taking me out shopping the next day to buy me my first dresses.

8.      Around the same time that I came out to my family and started my social transition, I also began my medical transition. I knew from the beginning that it would be a full medical transition. I explained to my longtime primary care physician that I am transgender, and she supported me throughout my journey. I

started hormone replacement therapy. In 2020, I underwent sex confirmation surgery, or "gender-affirming surgery"—in my case, a full depth vaginoplasty—performed by Dr. Marci Bowers in Burlingame, California.

9. My gender is marked as female on both my California driver's license and my U.S. passport.

**My plans to travel to Orlando for the October 7 march**

10. I will be traveling to Orlando, Florida to participate in the National March to Protect Trans Youth and Speakout for Trans Lives ("the March") on October 7, 2023. In addition to joining the march, I will be speaking at the March to share my experiences as a Black, transgender woman and activist.

11. I plan to fly into and out of the Orlando International Airport to attend the march.

**How I got involved in activism for civil rights and transgender rights**

12. I got involved in the March as a result of an incident that occurred to me earlier this year, which reawakened something within me and connected me with transgender rights and civil rights activism.

13. I am not new to activism—I am a child of the civil rights movement. My grandparents marched with Martin Luther King, and as a child I listened from the pews to Reverend Abernathy, who came to speak at our church in Ohio. I have also been active in the East County Democratic Club in San Diego since 2008, and I served as chairperson of voter registration for the club for two years.

14. In January of this year, I learned that I had become the target of a hateful attack based on my transgender identity. A teenage girl who was in the women's locker room at the YMCA where I regularly attend water aerobics classes with my Aqua Sisters complained to staff that she had seen a "naked man" in the locker room. This happened in late December of last year, but I didn't learn about it until I got back from a trip I took to celebrate the new year. My instructor, Peggy Wylie, explained to the girl that I was a woman and there was no cause for concern. But the girl went on to complain to the front desk, and in January, she went before the Santee City Council to tell them the same story. That's when I learned about the issue, when a friend shared the news article with me. I collapsed, I cried, and then after about twenty minutes of that, I got angry.

15. I went to testify at the next city council meeting on January 25, 2023. People from the YMCA and other people in the community came out to support me. We filled the city council chambers and an overflow room with over one hundred supporters. My Aqua Sisters held up hand-painted signs. Faith leaders came out in support.

16. When anti-trans protesters and elected officials organized a hate fest in front of the YMCA, I spoke at a counter-protest down the street.

17. After that, I was embraced by the civil rights community in San Diego and beyond. I was a guest speaker at the Harvey Milk Breakfast, and I was honored with the Champion of Pride Award from San Diego Pride.

18. I have also spoken out for LGBTQIA+ rights in the public school system. Just recently, I spoke out at a meeting of the Grossmont Union High School Board, which had voted to cut off mental health services for thousands of adolescents because the agency providing the services could have possibly been referring them for gender-affirming care.

19. I bring my 16-year-old granddaughter along with me when I am speaking out at these different meetings because I want to be an example for her.

**I plan to use the women's restroom in while I am Florida, regardless of what the law says**

20. Speaking out and expressing my true self are part of who I am. My recent activism and the upcoming March in Orlando are freedom of speech in action.

21. I firmly believe that not every law written by a deranged mind should be followed blindly. I am willing to risk arrest in order to do what is right, and to use the restroom that I have a right to use as a woman.

22. I listen to the law of my bladder and my bowels. That is the biology that determines when and where I go to the bathroom.

23. If I need to use the restroom while I am in the Orlando Airport, along the March route, or during my stay in Florida, I will use the women's restroom. Why would I use the men's room? I also do not plan to use a "gender-neutral" or unisex bathroom if one is even available. My gender, and that

of my transgender sisters, is not neutral. Our gender is female. Of course we will use the women's room.

24. I know there is a risk that I will be questioned, harassed, and arrested for using the restroom that corresponds to my female identity. I know that traveling to Florida will be dangerous for me and other trans and gender-nonconforming people. But Mississippi was also dangerous for the freedom riders in the 1960s, and they still went.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at LAKESIDE, CALIFORNIA on September 26, 2023.

Christynne Lili Wrene Wood