UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-01887

| | |
|---|---|
| WOMEN IN STRUGGLE, et al.<br><br>*Plaintiffs*,<br><br>vs.<br><br>ANDREW BAIN, et al.<br><br>*Defendants*. | **Challenge to the Constitutionality of Florida Statute § 553.865 (2023)** |

### DECLARATION OF LINDSEY SPERO IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

I, Lindsey Spero, under penalty of perjury, declare as follows:

1. My name is Lindsey Spero. I am over 18 years of age, and I make this Declaration based upon my personal knowledge and in support of Plaintiffs' Motion for Temporary Restraining Order.

**Involvement with the March and Trans Rights' Activism**

2. I will be participating in the National March to Protect Trans Youth and Speakout for Trans Lives (the "March") in Orlando, Florida, on October 7, 2023.

3. I live in Pinellas County, Florida, a county on the west central coast of the state. I have lived here for about seven years after being kicked out of my

1

family's home in Pennsylvania. It takes at least 2.5 hours to drive from Pinellas County to Orlando, Florida. For the past five years, I have dealt with housing insecurity. I currently live in a vehicle.

4. I am very involved in issues, groups, and causes that impact transgender, non-conforming, and intersex ("TGNCI") individuals. I am currently a board member of a local Tampa Bay-area non-profit that provides resources and assistance to TGNCI people. The program started with assisting only trans youth and has expanded to encompass broader community outreach. I am also a part of organizations that provide resources such as therapy and put on summer camps for TGNCI, lesbian, gay, bisexual, and other queer kids. I was also previously employed at Metro Inclusive Health, a non-profit medical facility that provides care to these communities.

5. I became involved with the Coalition and the March through my relationship with Samira Burnside, one of the organizers. She was one of my youth students at Metro Inclusive Health.

6. I plan to be in Orlando for the majority of the March and the events following the March. I will be speaking publicly about trans liberation and the importance of protecting queer youth and our futures. I will be traveling with others from my TGNCI and queer community.

(Cont.)

7. I am terrified that I could get pulled over during my travels to Orlando. I have personally experienced hostility from law enforcement and the Department of Motor Vehicles.

**My Gender Identity and Need for Gender-Affirming Restrooms**

8. I have been called slurs and treated aggressively due to my gender identity. I am non-binary and use they/he pronouns. This means my gender identity diverges from my sex assigned at birth - which tends to only be assumed on the basis of one's birth genitalia. In line with my personal understanding of sex and gender, I do not identify as a man or a woman. To bring my body into closer alignment with my sense of self, I have undergone hormone replacement therapy and received gender affirming care through life-saving surgeries.

9. I was violently outed as a lesbian at age 16 by my former childhood friends, and understood myself to be transgender and non-binary when I was 19 years old. Living authentically means I get to fully embrace my identity in every aspect of my life. I get to pour into others who struggle with their queerness as I did. My identity provides me with community, hope, peace, and (most importantly) the will to live.

(Cont.)

10. The ability (or inability) to use public bathrooms safely is truly a matter of life or death. A gender-affirming bathroom allows me to know that I am able to trust my body, relieve myself when needed, and most importantly, do so without fear.

**My Use of Public Restrooms as a Non-Binary Trans Person**

11. All humans have to use bathrooms; however, for me, I have to be strategic about performing this basic human function. I have to choose if I want to not use a bathroom in public and instead go somewhere else that is safe to relieve myself. While the easier option is usually to go somewhere else, such as a friend's house, I still put myself at risk of a urinary tract infection ("UTI") from holding my pee when there is no safe public restroom option. If I have to go without peeing for several hours, I risk getting a ticket for driving erratically to rush to get to a safer bathroom or a nonconventional place to quickly relieve myself.

12. I could use a non-gender-affirming public bathroom, but that requires me to use a bathroom that does not align with the gender I identify with. In my case, in Florida, I would be forced to use a public bathroom labeled for "women," although I identify as non-binary and present as masculine and have noticeable facial hair. That choice comes with the risk of targeted violence, hostility, or mental and emotional harassment. I should not have to balance these life-threatening risks of physical safety to perform a basic human function and meet this basic human need.

(Cont.)

13. Since the passing of Fla. Stat. § 553.865 (the "bathroom ban"), I have faced transphobic vitriol. My transgender, gender nonconforming, and intersex ("TGNCI") community and I have to navigate life in a constant state of fear. Local organizations in Florida have events that are attended by modern-day Nazi groups. Individuals are hateful and violent toward my TGNCI community and me. We cannot have events around empowering our community or go out without having to be worried about making it home safely. If we want to host events, we have to hire security because of threats we receive.

**Fears about Fla. Stat. § 553.865**

14. When it comes to the bathroom ban, I do not know how I will handle using the bathrooms while I am at the March. While most people can take for granted the ability to freely go to public bathrooms, I have to dedicate time and energy to figure out how to safely relieve myself. I feel fear and anxiety thinking about using the restroom. I cannot help but to think about the times that I have been harassed by both men and women in bathrooms. I will likely not use any public restrooms while I am there and instead either have to wait until I can find a private restroom to use or to relieve myself outside.

15. The Florida bathroom ban law that I'm seeking to challenge–a ban that prohibits me and other TGNCI and queer people from using public restroom facilities based on the gender that we identify with–is uninformed by the diversity

of human bodies, anatomy, and humanity in this State, nation, and world. It discriminates against me and other TGNCI and queer people, and is rooted in a bias against queer individuals.

16. The bathroom ban erases TGNCI people and other queer identities. I have personally heard my community be referred to as "demons and imps." The law is a response to the fact our community is growing and becoming more empowered and powerful. The law represents fear.

17. I believe that sex and gender are constructs based in western colonized, white supremacist society. I know that despite the historic and systemic erasure of our history, my community has existed for centuries.

18. I believe that the bathroom ban's intent is to force transgender and non-confirming individuals, such as myself, and those with intersex identities to adopt a cis-gender viewpoint of myself–meaning that it wants to force me and other TGNCI people to view ourselves based on the sex others identified for us at birth based on our my genitalia. Lawmakers want us to be so fearful that we resort to not caring for ourselves. They want us to change ourselves and fit into the gender mold that they want to create for us.

19. I express my transgender identity in my everyday life by living in my truth proudly. I live life to the fullest with hope, love, and happiness. When I am unable to do that, I feel invisible, unknown, unheard. I feel sad.

(Cont.)

20. When Florida suppresses my gender through this bathroom ban, I feel like I have to withdraw from the public. I have to be considerate of the space I take up. I have to be very intentional about what I do because an event or an outing can quickly become unsafe for me. It keeps me from attending things that I want to attend like concerts and sporting games.

21. I do not understand how the law will be implemented or enforced by law enforcement or members of the public, and the wording around how the law will be enforced appears to be left intentionally vague so that individuals, particularly those who are biased and transphobic, can interpret it as they prefer.

22. I do not know what I need to prove that I am in the "right" bathroom if I was stopped by law enforcement or private individuals. My body defies the very cisgender norms that this law is based on. There is no proof on or from my body that I can give to another person that will show I am where they think I should be based on their perception of my gender.

23. Because of my lack of understanding how the law will be implemented, I am afraid of being prosecuted under this Florida law and don't know how I will be able to safely use a public restroom for the march or in my everyday life.

24. I believe that the State of Florida will enforce this bathroom ban and that the Defendants feel that it their duty to ensure that it is enforced if they are given the opportunity to do so.

(Cont.)

25. I am a part of this lawsuit to protect myself and other members of the TGNCI community from discrimination and our ability to express our gender identities.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at ___Pinellas County, Florida___ this __28__ day of September 2023.

_____
Lindsey Spero

8

(Cont.)