UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. <u>6:23-cv-01887</u>

| | |
|---|---|
| WOMEN IN STRUGGLE, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>ANDREW BAIN, et al.<br><br>*Defendants.* | **Challenge to the Constitutionality of Florida Statute § 553.865 (2023)** |

---

### DECLARATION OF ANAÏS KOCHAN IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

I, Anaïs Kochan, under penalty of perjury, declare as follows:

1. My name is Anaïs Kochan. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration. I make this Declaration based upon my personal knowledge and in support of Plaintiffs' Motion for Temporary Restraining Order.

**My involvement with the national march to protect trans youth and promotion of inclusivity and awareness**

2. I am a 52-year-old transgender woman who will be traveling to Orlando from my home in Boston, Massachusetts to participate in the National March to Protect Trans Youth from October 6 through October 8.

3. Being transgender means that my gender identity—or, my innate biological sense of self—differs from my sex assigned at birth, which is typically based on one's external reproductive anatomy.

4. The National March to Protect Trans Youth is the result of six months of organizing by numerous trans and gender nonconforming people who have formed a nationwide coalition with several chapters of advocacy organizations such as Women in Struggle and Black Lives Matter.

5. I joined this coalition in the summertime and am an active member of its Security Committee, which involves assembling numerous allies who have experience with protecting marginalized individuals from violence during marches.

6. I believe this coalition's work and the resulting "Protect Trans Youth" march is important for spreading the word about what's happening across the country to transgender, gender nonconforming, and intersex folks. This includes the new Florida laws that make it tough for transgender, gender nonconforming, and intersex (TGNCI) youth and adults to use the bathrooms they're comfortable with, get the healthcare they need, and participate in sports.

7. I got more involved in TGNCI advocacy in the last few years in particular when I met a remarkable family: a transgender woman, a transgender man, and their 12-year-old transgender child. Witnessing the daughter's struggles in school, such as her math teacher using her previous name, deeply moved me. It reinforced my commitment to making the world a better place for her. She

affectionately calls me her aunt, and I'm dedicated to preventing her from experiencing the challenges I faced.

8. As I prepare to travel to Florida the week of October 2, I am worried about my ability to safely exist as a transgender person and express my identity, particularly due to the threat of prosecution under Fla. Stat. § 553.865 (the "bathroom ban") for using the restroom of the "opposite sex," which the law defines as reproductive anatomy and naturally circulating hormones at birth.

**My gender identity and need for gender-affirming restrooms**

9. As a transgender woman, I was not born with the reproductive anatomy that most women are born with, but since coming out in 2020, I have undergone hormone replacement therapy to better express my gender identity as a woman, which has resulted in me developing full breasts and a feminine figure.

10. Since that time, I have also taken significant steps to reflect my legal sex as "female," such as changing my legal sex and my name on all of my identity documents, including my driver's license, social security card, and U.S. passport. I do not carry my birth certificate with me.

11. My transgender identity is a fundamental part of me. I declare my gender daily through my clothing choices, my speech patterns, my hairstyle, my choice of jewelry, and my use of the women's restroom. When interacting with others, I openly identify myself according to my true gender. If someone unintentionally misgenders me, I make an effort to correct them. This expression

is crucial in fostering understanding and acceptance, and essential in helping me feel true to myself.

12. My transgender identity and expression are also an extension of my beliefs about sex and gender. To me, gender is more an expression of how one lives, presents themselves, and feels. I firmly believe that gender should be self-determined, reflecting one's identity rather than being dictated by others.

**Challenges and concerns regarding Fla. Stat. § 553.865 and the impact on my trip to orlando**

13. Fla. Stat. § 553.865 (the bathroom ban), however, dictates my gender identity and disregards all the government documentation I possess that affirms my female identity, and it erases the numerous individuals whose sex is not clearly defined. When the state imposes this viewpoint on me in the context of restrooms, it directs me to either a men's room or a unisex restroom, which instills fear and shatters the confidence that I've worked hard to build over many years to live as myself. It fosters an innate distrust and fear of authority, which is deeply unsettling.

14. Because I am a woman and live as a woman, I use the women's restroom, the personal importance of which cannot be overstated. In multiple-stall restrooms, using the men's room would leave me feeling like an intruder, much like a cisgender man would feel uncomfortable in the women's room. It's a relief to be in the women's restroom, surrounded by people of the same gender, engaging in conversations, doing makeup, and feeling like I can

4

connect with others in the restroom without social discomfort, as is often the case in men's restrooms.

15. Although my home in Boston, Massachusetts is more affirming of transgender people, I still encounter distressing moments. For instance, people will snicker and pass judgment when I go to the store. Other times, people make incorrect assumptions about my gender identity and direct me to the men's room. These occurrences make me feel ostracized and stigmatized, which makes me question my self-worth and worsens my gender dysphoria. Gender dysphoria is the clinical distress that a person feels when there is incongruence between one's gender identity and their sex assigned at birth.

16. If these things happen in a more liberal enclave like Massachusetts, I worry about what will happen in Florida, where the climate is demonstrably more hostile.

17. I have certain apprehensions about flying into the Orlando International Airport and participating in the march, primarily because I plan to use the womens' restroom, which puts me in violation of the bathroom ban. I am mindful that airports are often patrolled by local police responsible for enforcing these laws. For me, the fear and anxiety begin from the moment I feel the need to go and continue even after I leave the restroom. If necessary to avoid violence, I will make alternate plans such as forgoing public restrooms altogether or using a unisex restroom, which makes me feel humiliated, othered, and inconvenienced.

18. During the week of October 2, I plan to help advertise the march at the University of Central Florida (UCF), which I understand to be subject to the bathroom ban. I will have to use the restroom at some point during that advocacy and am apprehensive about not only going in a government building such as UCF, but also at private establishments, where I fear being confronted in the restroom.

19. During our press conference on October 6 and the march itself on October 7, I intend to remain hyper-vigilant about never using the restroom alone. Because the coalition is unsure whether it can rent its own portable toilet, myself and others will most likely have to use the restroom at Orlando City Hall, which will be open on October 6, or at the Dr. Phillips Center for the Performing Arts, which will be open on October 6 and October 7, as I understand it. Both buildings are along our march route.

20. Although I have a general understanding of how the bathroom ban works, I'm not fully aware of the potential criminal penalties, fines, or enforcement mechanisms. For instance, if someone refused to leave a restroom or changing facility, it's unclear whether law enforcement would intervene or how they would handle such a situation. This uncertainty is also a source of anxiety concerning using the restroom in Florida.

21. I believe that the issuance of a Temporary Restraining Order to ensure access to affirming restrooms while I am in Orlando is crucial to my well-being and emotional health during this trip. Being denied access to such

facilities would not only cause me distress but could also jeopardize my ability to fully engage in public activities and events.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at <u>Boston, MA</u> on this <u>28</u> day of September 2023.

_____
Anaïs Kochan