URGENT- Notice of Lawsuit and Emergency Request for Temporary Restraining Order

Chinyere Ezie <cezie@ccrjustice.org>
Thu 9/28/2023 8:02 PM

Cc:Simone Chriss <simone.chriss@southernlegal.org>;Zee Scout <zscout@ccrjustice.org>

Bcc:smuchard@sao9.org <smuchard@sao9.org>;abain@sao9.org <abain@sao9.org>;opd@orlando.gov <opd@orlando.gov>;kevin.edmonds@orlando.gov <kevin.edmonds@orlando.gov>;spencer.tong@drphillipscenter.org <spencer.tong@drphillipscenter.org>;gary.ehrlich@bluegreencorp.com <gary.ehrlich@bluegreencorp.com>;garyehrlich@att.net <garyehrlich@att.net>;kory.keith@orlando.gov <kory.keith@orlando.gov>;john.mina@ocfl.net <john.mina@ocfl.net>;jared.perdue@dot.state.fl.us <jared.perdue@dot.state.fl.us>;TDraper@goaa.org <TDraper@goaa.org>;john.tyler@dot.state.fl.us <john.tyler@dot.state.fl.us>;david.dunn@orlando.gov <david.dunn@orlando.gov>;alex.martins@ucf.edu <alex.martins@ucf.edu>;Baher Azmy <bazmy@ccrjustice.org>

Good evening,

We are writing to formally notify you that our legal organizations, Southern Legal Counsel and the Center for Constitutional Rights, intend to file a lawsuit against you in the United States District Court for the Middle District of Florida, Orlando Division related to HB 1521 and SB 1674, codified as Fla. Stat. § 553.865, which makes it criminal trespass to willfully enter a multi-stall restroom or changing facility "designated for the opposite sex."

This lawsuit is being filed on behalf of our clients, six transgender individuals and an advocacy group called Women In Struggle, who will be traveling to Orlando, Florida the week of October 2 to engage in peaceful protest activities. The lawsuit seeks to enjoin you and your agencies from enforcing the statute against our clients under the First and Fourteenth Amendments of the U.S. Constitution, the Full Faith and Credit Clause, and Article I, Section 2 of the Constitution of the State of Florida. Specifically, we are challenging the way enforcement of the statute burdens our clients' rights to travel, unlawfully discriminates against them based on sex, and infringes their rights to assembly, protest, and speech.

In connection with this lawsuit, we are also filing an Emergency Request for a Temporary Restraining Order (TRO) and requesting a hearing at the Court's earliest ability. We write to ensure that you have notice of these legal proceedings, and to give you the opportunity to obtain legal counsel if you have not done so already.

Please let us know if you are willing to accept service of our complaint and motion papers via email. Otherwise, please expect to be formally served with the lawsuit documents and the Emergency Request for a Temporary Restraining Order in the coming days.

Thank you for your attention to this matter and if you have any immediate questions or concerns, please do not hesitate to contact us. Our contact information appears in our signature blocks below.

Sincerely,

By: */s/ Simone Chriss*
Simone Chriss, Esq. (FBN 124062)
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, Florida 32601
(352) 271-8890
simone.chriss@southernlegal.org

*Counsel for Plaintiffs*

Chinyere Ezie, Esq.*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6467
cezie@ccrjustice.org

* *Application for admission pro hac vice forthcoming*