**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WOMEN IN STRUGGLE, MELINDA BUTTERFIELD, CHRISTYNNE WOOD, BRIANNA KELLY, TSUKURU FORS, LINDSEY SPERO, and ANAÏS KOCHAN,**

    **Plaintiffs,**

v.                                                                                    Case No.: 6:23-cv-01887-WWB-DCI

**ANDREW BAIN, ERIC SMITH, KEVIN EDMONDS, DAVID DUNN, SPENCER TONG, KORY KEITH, JOHN W. MINA, JARED PERDUE, JOHN TYLER, THOMAS DRAPER, and ALEX MARTINS,**

    **Defendants.**
_____/

## DEFENDANT ALEX MARTINS' NOTICE OF FILING DECLARATION IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

Defendant **ALEX MARTINS, in his Official Capacity**, by and through undersigned counsel, hereby files the attached Declaration in support of its Response in Opposition to Plaintiffs' Emergency Motion for a Temporary Restraining Order [ECF No. 25].

Dated this 5th day of October 2023.

Respectfully submitted,

*/s/ Robert J. Sniffen*
**ROBERT J. SNIFFEN** (Lead Counsel)
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Defendant Alex Martins, in his Official Capacity*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 5th day of October 2023, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Robert J. Sniffen*
**ROBERT J. SNIFFEN**