**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No. 6:23-cv-1887

WOMEN IN STRUGGLE, et al.,

    *Plaintiffs*,

v.

ANDREW BAIN, et al.,

    *Defendants.*

_____

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs provide notice of their voluntary dismissal without prejudice of their Complaint, ECF No. 01, against Defendants. Because Defendants have not served an answer or a motion for summary judgment in this action, Plaintiffs may move to dismiss without a court order or stipulation by the parties. *Id.*

Respectfully submitted this 13th day of October, 2023.

                                              */s/ Simone Chriss*
                                              Simone Chriss
                                              Counsel for Plaintiffs

| | |
|---|---|
| */s/ Simone Chriss* <br> Simone Chriss, Esq. (FBN 124062) <br> Chelsea Dunn, Esq. (FBN 1013541) <br> Jodi Siegel, Esq. (FBN 511617) <br> Southern Legal Counsel, Inc. <br> 1229 NW 12th Avenue <br> Gainesville, Florida 32601 <br> (352) 271-8890 <br> simone.chriss@southernlegal.org <br> chelsea.dunn@southernlegal.org <br> jodi.siegel@southernlegal.org | */s/ A. Chinyere Ezie* <br> A. Chinyere Ezie, Esq.* <br> Center for Constitutional Rights <br> 666 Broadway, 7th Floor <br> New York, NY 10012 <br> (212) 614-6467 <br> cezie@ccrjustice.org <br><br> *\*Admitted pro hac vice* <br><br> *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF filing system.

*/s/ Simone Chriss*
Simone Chriss